UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-21178-MORENO

DORA WHITNEY,

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Third Party Plaintiff,

v.

JACKELINE LONDONO, as legal guardian
for F.L. and G.L., minors,

        Third Party Defendant.

## ORDER FOR TRANSFER OF ACTION TO STATE CIRCUIT COURT PER AGREEMENT OF PARTIES TO INTERPLEAD FUNDS WITH STATE CIRCUIT COURT AND DISCHARGE AND DISMISS PRUDENTIAL

Upon Joint Motion submitted by Plaintiff Dora Whitney and Third Party Defendant Jackeline Londono, as legal guardian for F.L. and G.L., minors (collectively, the "Adverse Claimants") and Defendant and Third Party Plaintiff The Prudential Insurance Company of America ("Prudential") respectfully request an Order transferring the captioned action back to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where it was originally commenced so that the parties may request that the Circuit Court (1) permit Interpleader deposit of the insurance proceeds at issue; (2) discharge Prudential from all liability

1

relating to those insurance proceeds or the Policy of insurance at issue following interpleader deposit of the funds with the Circuit Court; and (3) dismiss Prudential from the Circuit Court action following production of its Claims file, including audio recordings, pertaining to the Policy of insurance at issue, and interpleader deposit of the funds with the Circuit Court, with prejudice and without costs to any party, and the Court having considered the application of counsel, and for good cause having been shown;

IT IS ORDERED as follows:

(1)   The captioned action shall be and hereby is transferred back to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where it was originally commenced so that the parties may request that the Circuit Court (1) permit Interpleader deposit of the insurance proceeds at issue; (2) discharge Prudential from all liability relating to those insurance proceeds or the Policy of insurance at issue following interpleader deposit of the funds with the Circuit Court; and (3) dismiss Prudential from the Circuit Court action following interpleader deposit of the funds with the Circuit Court and production of Prudential's claims file pertaining to the Policy at issue, with prejudice and without costs to any party.

ORDERED this 5 day of June, 2014.

_____
Honorable Federico A. Moreno
United States District Judge

Copies provided to:
All Counsel of Record